1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARTEM BERESNEV,

               Plaintiff,

     v.

NEKRASOV ROSTISLAV DENISOVICH,

               Defendant.

CASE NO. 2:25-cv-00692-RSL

ORDER

      This matter comes before the Court *sua sponte*. On April 18, 2025, plaintiff's motion to proceed *in forma pauperis* was granted, and his complaint was accepted for filing with the recommendation that it be reviewed by the district court under 28 U.S.C. § 1915(e)(2)(b) before summons issued. Plaintiff alleges that he is the author of a series of design works involving the appearance of characters in a game and that he filed a notice of copyright infringement under the Digital Millennium Copyright Act. Dkt. # 5-2 at 1.

      Local Civil Rule 3(a) requires that all copyright actions be accompanied by Form AO 121, which is available on the U.S. Courts website at www.uscourts.gov. Section 508 of the Copyright Act requires the Clerk of the Court to notify the Copyright Office of the names and addresses of the parties and the title, author, and registration number of each work involved in any copyright infringement suit: because some of that information is not

ORDER - 1

known by the Clerk, the plaintiff is required to submit AO 121 with his or her complaint to enable the Clerk to comply with the notice requirements.

Plaintiff did not submit Form AO 121, and the Clerk of Court sent out a notice of deficiency on April 17, 2025. Dkt. # 3. No form has yet been filed. The Court hereby ORDERS plaintiff to complete and email Form AO 121 to newcases.seattle@wawd.uscourts.gov. Failure to correct this filing deficiency within twenty-one days of the date of this Order will result in the dismissal of this action. The Clerk of Court is directed to email this Order to plaintiff at artem.beresnev359@gmail.com as well as mail it to the address on file.

Dated this 12th day of May, 2025.

Robert S. Lasnik
United States District Judge

ORDER - 2