UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARTEM BERESNEV SERGEEVICH,

Plaintiff,

vs.

NEKRASOV ROSTISLAV DENISOVICH,

Defendant.

NO. C25-692RSL

ORDER TO SHOW CAUSE

This matter comes before the Court sua sponte. The above entitled case was filed on April 14, 2025 and the Court issued an Order Granting Plaintiff's Motion for Alternative Method of Service on December 22, 2025. Plaintiff filed a Notice of Confirmation of Sending the Case File to the Defendant on December 29, 2025. No further action has been taken in this case since December 29, 2025.

Therefore, plaintiff is hereby ORDERED TO SHOW CAUSE why the above-captioned case should not be dismissed for failure to prosecute pursuant to Local Civil Rule 41(b)(1). Plaintiff shall file a responsive brief no later than Wednesday, October 14, 2026. The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for Thursday, October 15, 2026.

DATED this 30th day of September, 2026.

Robert S. Lasnik
United States District Judge