The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTEM BERESNEV SERGEEVICH,<br><br>Plaintiff,<br><br>v.<br><br>NEKRASOV ROSTISLAVE DENISOVICH,<br><br>Defendant. | NO. 25-cv-00692-RSL<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On September 30, 2026, the Court directed plaintiff to show cause why this action should not be dismissed for failure to prosecute. Dkt. 17. Plaintiff timely responded, explaining that, after emailing the case materials to defendant on December 29, 2025, he mistakenly believed he should await a response from defendant or further instructions from the Court before taking additional action. Dkt. 18. Plaintiff acknowledges his responsibility to prosecute this action, expresses his intention to proceed, and requests 30

days to take the necessary steps to move the case forward. Having considered plaintiff's response, the Court finds that dismissal for failure to prosecute is not warranted at this time. The Order to Show Cause (Dkt. 17) is therefore DISCHARGED.

The Court notes, however, that plaintiff has not established that defendant was properly served. On December 22, 2025, the Court authorized plaintiff to serve defendant with the summons, complaint, and a copy of that Order by email. Dkt. 15. Although plaintiff subsequently filed confirmation that he emailed case materials to defendant, the list of attachments to that email does not include a summons. Dkt. 18 at 6–7. The Court therefore cannot determine whether service was completed in accordance with its Order and Federal Rule of Civil Procedure 4.

Plaintiff shall, within 30 days of the date of this Order, either (1) file proof establishing that the summons, complaint, and December 22, 2025 Order were properly served on defendant, or (2) complete service of those documents as previously authorized and file proof of service. Plaintiff is advised that he may not seek entry of default unless and until proper service has been established and defendant's time to respond has expired.

IT IS SO ORDERED.

DATED this 15th day of October 2026.

Robert S. Lasnik
United States District Judge